IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60842
Conference Calendar
_____


WILLIAM J. COCKRELL;
BILLY H. COCKRELL;
CAROLYN V. COCKRELL,

                                          Plaintiffs-Appellants,

versus

MEMPHIS SHELBY COUNTY AIRPORT AUTHORITY, ET AL.,

                                          Defendants,

MEMPHIS SHELBY COUNTY AIRPORT AUTHORITY,

                                          Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:95-CV-16-B-B
- - - - - - - - - -
August 18, 1997

Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     The appellants appeal the district court's dismissal of
their civil rights action for lack of subject-matter jurisdiction
pursuant to Fed. R. Civ. P. 12(b)(1).  Because their brief fails
to address the basis for the district court's dismissal, their

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

appeal is dismissed as frivolous.  See Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983); see 5TH CIR. R. 42.2.

APPEAL DISMISSED.